IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| ROBERT CARSWELL, | : | |
| Plaintiff | : | |
| VS. | : | |
| MICHAEL J. ASTRUE, Commissioner, Social Security Administration, | : | NO. 5:11-CV-466 (HL) |
| Defendant | : | **O R D E R** |

Plaintiff **ROBERT CARSWELL** filed a *pro se* pleading entitled "Petition for Disability SSI" (Doc. 1). On December 30, 2011, the Court directed Plaintiff to either pay the $350.00 filing fee or submit a request to proceed *in forma pauperis*, and to supplement his complaint to show that he has exhausted his administrative remedies (Doc. 8). As stated in the Court's Order, Plaintiff "must supplement his complaint by explaining whether he has filed a claim with the Social Security Administration and what, if any, administrative procedures he has pursued." Plaintiff was given twenty-one (21) days to comply with the Court's Order.

Plaintiff's sole response to the Court's December 30th Order was to submit a pleading entitled "Pro se Business Letter to Reserve Small Business Loan Rights & Questions on Good Business" (Doc. 9). In this pleading, Plaintiff "reserves" his right to obtain a small business loan and includes a joke about "The Bear, The Rabbit, & Best Advice." Plaintiff has yet to pay the $350.00 or submit a request to proceed IFP, or to supplement his complaint to show what

administrative procedures he has pursued to exhaust his remedies with the Social Security Administration.

Because of Plaintiff's failure to comply with the Court's instructions, his lawsuit is hereby **DISMISSED WITHOUT PREJUDICE.**[1]

**SO ORDERED**, this 7th day of FEBRUARY, 2012.

*s/ Hugh Lawson*<br>
HUGH LAWSON<br>
UNITED STATES DISTRICT JUDGE

cr

---

[1] This dismissal Order renders moot the pending Report and Recommendation (Doc. 7).

2